

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2025

No. 04-24-00782-CV

James **WARNEKE**,
Appellant

v.

**BEXAR COUNTY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2022TA102040
Honorable Rosie Alvarado, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

    It is so **ORDERED** on January 15, 2025.

_____
Lori Massey Brissette, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk